UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GIRARD PATTERSON and MARIBETH MURPHY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HARVARD PILGRIM HEALTH CARE, INC. and POINT32HEALTH, INC.,<br><br>Defendants. | Case No.<br><br>**JURY TRIAL DEMANDED** |

## CLASS ACTION COMPLAINT

Plaintiffs Girard Patterson and Maribeth Murphy, individually, and on behalf of all others similarly situated (collectively, "Class members"), by and through their attorneys, bring this Class Action Complaint against Defendants Harvard Pilgrim Health Care, Inc. ("Harvard Pilgrim") and Point32Health, Inc. ("Point32") (together, "Defendants"), and complain and allege upon personal knowledge as to themselves and information and belief as to all other matters.

## INTRODUCTION

1. Plaintiffs bring this class action against Defendants for their failure to secure and safeguard Plaintiff and other current and former health plan members' personally identifiable information ("PII") and personal health information ("PHI"), including names, physical addresses, phone numbers, dates of birth, health insurance account information, Social Security numbers, provider taxpayer identification numbers, and clinical information.

2. Harvard Pilgrim is a health insurance provider that operates in the New England region. Point32 is Harvard Pilgrim's parent company and was created as a result of a merger between Harvard Pilgrim and Tufts Health Plan.