# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GIRARD PATTERSON and MARIBETH MURPHY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HARVARD PILGRIM HEALTH CARE, INC. and POINT32HEALTH, INC.,<br><br>Defendants. | Case No. 1:23-cv-11211-NMG |
| KELLI MACKEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>POINT32HEALTH, INC., HEALTH PLANS, INC., and HARVARD PILGRIM HEALTH CARE, INC.,<br><br>Defendants. | Case No. 1:23-cv-11257-NMG |
| VALERIA SALERNO GONZALES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HARVARD PILGRIM HEALTH CARE, INC. and POINT32HEALTH, INC.,<br><br>Defendants. | Case No. 1:23-cv-11286-DJC |

| | |
|---|---|
| TRACIE WILSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HARVARD PILGRIM HEALTH CARE, INC. and POINT32HEALTH, INC.,<br><br>Defendants. | Case No. 1:23-cv-11288-PBS |
| DANIELLE OLSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>POINT32HEALTH, INC., HEALTH PLANS, INC., and HARVARD PILGRIM HEALTH CARE, INC.,<br><br>Defendants. | Case No. 1:23-cv-11348-NMG |
| JACQUELINE VORPAHL, PH.D., KAI VORPAHL, and KATIE MCGUIRE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HARVARD PILGRIM HEALTH CARE, INC., HPHC INSURANCE COMPANY, INC., and POINT32HEALTH, INC.<br><br>Defendants. | Case No. 1:23-cv-11384-NMG |

**[PROPOSED] ORDER CONSOLIDATING**
**RELATED ACTIONS AND SETTING LEADERSHIP BRIEFING SCHEDULE**

The Court has reviewed the Motion to Consolidate Cases and Set Leadership Briefing Schedule (the "Motion") submitted by plaintiffs Girard Patterson, Maribeth Murphy and Kelli

2

Mackey ("Plaintiffs"), and has determined that consolidation of related actions and setting a schedule for interim lead counsel applications in this proposed class action will promote judicial efficiency and orderly case management while avoiding unnecessary cost and delay.

Therefore, **IT IS ORDERED** that the Motion is **GRANTED** as set forth below:

1. Pursuant to Fed. R. Civ. P. 42(a), the Court hereby consolidates *Patterson, et al. v. Harvard Pilgrim Health Care, Inc., et al.*, No. 1:23-cv-11211-NMG, *Mackey v. Point32Health, Inc., et al.*, No. 1:23-cv-11257-NMG, *Gonzales v. Harvard Pilgrim Health Care, Inc., et al.*, No. 1:23-cv-11286-DJC, *Wilson v. Harvard Pilgrim Health Care, Inc., et al.*, No. 1:23-cv-11288-PBS, *Olson v. Point32Health, Inc., et al.*, No. 1:23-cv-11348-NMG, and *Vorpahl, et al v. Harvard Pilgrim Health Care Inc., et al*, No. 1:23-cv-11384-NMG (each a "Related Action" and together the "Consolidated Action") under the docket number of this first filed case: 1:23-cv-11211-NMG ("Master Docket"), and under the new title "*In re Harvard Pilgrim Data Security Incident Litigation*".

2. No further filings shall be made in Case Nos. 1-23-cv-11257-NMG, 1:23-cv-11286-DJC,1:23-cv-11288-PBS, 1:23-cv-11348-NMG, and 1:23-cv-11384-NMG, which shall be administratively closed. All pleadings therein maintain their legal relevance until the filing of the Consolidated Complaint. The Consolidated Complaint shall be filed within forty-five (45) days of the appointment of interim lead counsel. This Order shall apply to any subsequently filed putative class action alleging the same or substantially similar allegations.

3. All papers previously filed and served to date in the Related Actions are deemed part of the record in the Consolidated Action.

4. Any Plaintiffs in the Related Actions shall file a Notice of Related Case whenever a case that should be consolidated into this action is filed in, or transferred to, this District. If any party objects to such consolidation or otherwise wishes to seek alternative relief, they shall do so within ten (10) calendar days. If the Court determines that the case is related, the clerk shall:

      a.      Place a copy of this Order in the separate docket for such action;

      b.      Serve on Plaintiff's counsel in the new case a copy of this Order;

      c.      Direct this Order to be served upon Defendants in the new case; and

      d.      Make the appropriate entry on the Master Docket.

5. The Court shall enter a scheduling order for further pretrial proceedings as soon as is reasonably practicable after the appointment of interim lead counsel, as per the procedure set forth in Paragraph 6 below.

6. Plaintiffs in any of the Related Actions who choose to do so shall file a motion for appointment of interim lead counsel under FRCP 23(g) within twenty-one (21) days of the entry of this Order. Any Plaintiff may file a response to any leadership motion within seven (7) days of the filing of such motion. The response shall not exceed five (5) pages. Where two or more competing 23(g) motions are filed, compliance with Local Rule 7.1(a)(2)'s meet and confer provision will not be required.

**SO ORDERED.**

_____
Hon. Nathaniel M. Gorton
United States District Judge

Dated: _____, 2023