UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GIRARD PATTERSON and MARIBETH MURPHY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HARVARD PILGRIM HEALTH CARE, INC. and POINT32HEALTH, INC.,<br><br>Defendants. | Case No. 1:23-cv-11211-NMG |
| KELLI MACKEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>POINT32HEALTH, INC., HEALTH PLANS, INC., and HARVARD PILGRIM HEALTH CARE, INC.,<br><br>Defendants. | Case No. 1:23-cv-11257-NMG |
| VALERIA SALERNO GONZALES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HARVARD PILGRIM HEALTH CARE, INC. and POINT32HEALTH, INC.,<br><br>Defendants. | Case No. 1:23-cv-11286-DJC |

*Motion allowed.* /s/ NMGorton, USDJ 07/13/2023