**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

---

IN RE HARVARD PILGRIM DATA
SECURITY INCIDENT LITIGATION

CASE NO. 1:23-cv-11211-NMG

---

**DEFENDANTS' ANSWER TO PLAINTIFFS'**
**CONSOLIDATED CLASS ACTION COMPLAINT**

Defendants Point32Health, Inc. ("Point32Health") and Harvard Pilgrim Health Care, Inc. ("HPHC") (collectively, "Harvard Pilgrim"), by and through their attorneys, Jones Day, as and for their answer (the "Answer") to the allegations contained in Plaintiffs' Consolidated Class Action Complaint (the "Complaint"), dated April 26, 2024, Doc. No. 69, hereby allege as follows:

**NATURE OF THE ACTION**

1.      Denied.

2.      Denied.

3.      Denied.

4.      Harvard Pilgrim's statements speak for themselves, and Paragraph 4 is denied as it purports to paraphrase the documents containing those statements.  Harvard Pilgrim otherwise denies the allegations in Paragraph 4.

5.      Denied.

6.      Denied.

7.      Denied.

8.      Denied.

9.      Denied.

10.     Denied

11.     Denied.

12.     Denied.

13.     Denied.

14.     Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 14 and therefore denies the same.

15.     Harvard Pilgrim admits that the Complaint purports to bring claims for negligence, negligence per se, unjust enrichment, breach of fiduciary duty, bailment, intrusion upon seclusion, breach of contract, violations of various state statutes, declaratory judgment and injunctive relief. Harvard Pilgrim denies liability as to each claim and further denies that it is liable to Plaintiffs for any alleged damages.

## PARTIES

16.     Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 16 and therefore denies the same.

17.     Harvard Pilgrim denies the allegations in the first sentence of Paragraph 17. Harvard Pilgrim otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 17 and therefore denies the same.

18.     Harvard Pilgrim admits that it sent a notification letter to Plaintiff and that letter speaks for itself, but denies that the letter was dated June 15, 2023.  Harvard Pilgrim otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 18 and therefore denies the same.

19.     Harvard Pilgrim admits that it sent a letter to Plaintiff and that letter speaks for itself; Harvard Pilgrim denies any paraphrasing or summarizing of the letter.  Harvard Pilgrim

otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 19 and therefore denies the same.

20.     Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 20 and therefore denies the same.

21.     Harvard Pilgrim denies the allegations in the first sentence of Paragraph 21. Harvard Pilgrim otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 21 and therefore denies the same.

22.     Harvard Pilgrim admits that it sent a notification letter to Plaintiff and that letter speaks for itself, but denies that the letter was dated June 15, 2023.  Harvard Pilgrim otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 22 and therefore denies the same.

23.     Harvard Pilgrim admits that it sent a letter to Plaintiff and that letter speaks for itself; Harvard Pilgrim denies any paraphrasing or summarizing of the letter.  Harvard Pilgrim otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 23 and therefore denies the same.

24.     Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 24 and therefore denies the same.

25.     Harvard Pilgrim denies the allegations in the first sentence of Paragraph 25. Harvard Pilgrim otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 25 and therefore denies the same.

26.     Harvard Pilgrim admits that it sent a notification letter to Plaintiff and that letter speaks for itself, but denies that the letter was dated June 15, 2023.  Harvard Pilgrim otherwise

lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 26 and therefore denies the same.

27.     Harvard Pilgrim admits that it sent a letter to Plaintiff and that letter speaks for itself; Harvard Pilgrim denies any paraphrasing or summarizing of the letter.  Harvard Pilgrim otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 27 and therefore denies the same.

28.     Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 28 and therefore denies the same.

29.     Harvard Pilgrim denies the allegations in the first sentence of Paragraph 29. Harvard Pilgrim otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 29 and therefore denies the same.

30.     Harvard Pilgrim admits that it sent a notification letter to Plaintiff and that letter speaks for itself, but denies that the letter was dated June 15, 2023.  Harvard Pilgrim otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 30 and therefore denies the same.

31.     Harvard Pilgrim admits that it sent a letter to Plaintiff and that letter speaks for itself; Harvard Pilgrim denies any paraphrasing or summarizing of the letter.  Harvard Pilgrim otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 31 and therefore denies the same.

32.     Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 32 and therefore denies the same.

33.     Harvard Pilgrim denies the allegations in the first sentence of Paragraph 33. Harvard Pilgrim otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 33 and therefore denies the same.

34.     Harvard Pilgrim admits that it sent a notification letter dated June 15, 2023 to Plaintiff and that letter speaks for itself.  Harvard Pilgrim otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 34 and therefore denies the same.

35.     Harvard Pilgrim admits that it sent a letter to Plaintiff and that letter speaks for itself; Harvard Pilgrim denies any paraphrasing or summarizing of the letter.  Harvard Pilgrim otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 35 and therefore denies the same.

36.     Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 36 and therefore denies the same.

37.     Harvard Pilgrim denies the allegations in the first sentence of Paragraph 37. Harvard Pilgrim otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 37 and therefore denies the same.

38.     Harvard Pilgrim admits that it sent a notification letter dated June 15, 2023 to Plaintiff and that letter speaks for itself.  Harvard Pilgrim otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 38 and therefore denies the same.

39.     Harvard Pilgrim admits that it sent a letter to Plaintiff and that letter speaks for itself; Harvard Pilgrim denies any paraphrasing or summarizing of the letter.  Harvard Pilgrim

otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 39 and therefore denies the same.

40.     Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 40 and therefore denies the same.

41.     Harvard Pilgrim denies the allegations in the first sentence of Paragraph 41. Harvard Pilgrim otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 41 and therefore denies the same.

42.     Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 42 and therefore denies the same.

43.     Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 43 and therefore denies the same.

44.     Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 44 and therefore denies the same.

45.     Harvard Pilgrim denies the allegations in the first sentence of Paragraph 45. Harvard Pilgrim otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 45 and therefore denies the same.

46.     Harvard Pilgrim admits that it sent a notification letter dated June 15, 2023 to Plaintiff and that letter speaks for itself.  Harvard Pilgrim otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 46 and therefore denies the same.

47.     Harvard Pilgrim admits that it sent a letter to Plaintiff and that letter speaks for itself; Harvard Pilgrim denies any paraphrasing or summarizing of the letter.  Harvard Pilgrim

otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 47 and therefore denies the same.

48.     Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 48 and therefore denies the same.

49.     Harvard Pilgrim denies the allegations in the first sentence of Paragraph 49. Harvard Pilgrim otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 49 and therefore denies the same.

50.     Harvard Pilgrim admits that it sent notification letter to Plaintiff and that letter speaks for itself, but denies that the letter was dated June 15, 2023.  Harvard Pilgrim otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 50 and therefore denies the same.

51.     Harvard Pilgrim admits that it sent a letter to Plaintiff and that letter speaks for itself; Harvard Pilgrim denies any paraphrasing or summarizing of the letter.  Harvard Pilgrim otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 51 and therefore denies the same.

52.     Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 52 and therefore denies the same.

53.     Harvard Pilgrim denies the allegations in the first sentence of Paragraph 53. Harvard Pilgrim otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 53 and therefore denies the same.

54.     Harvard Pilgrim admits that it sent a notification letter to Plaintiff and that letter speaks for itself, but denies that the letter was dated June 15, 2023.  Harvard Pilgrim otherwise

lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 54 and therefore denies the same.

55.     Harvard Pilgrim admits that it sent a letter to Plaintiff and that letter speaks for itself; Harvard Pilgrim denies any paraphrasing or summarizing of the letter.  Harvard Pilgrim otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 55 and therefore denies the same.

56.     Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 56 and therefore denies the same.

57.     Harvard Pilgrim denies the allegations in the first sentence of Paragraph 57. Harvard Pilgrim otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 57 and therefore denies the same.

58.     Harvard Pilgrim admits that it sent a notification letter dated June 15, 2023 to Plaintiff and that letter speaks for itself.  Harvard Pilgrim otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 58 and therefore denies the same.

59.     Harvard Pilgrim admits that it sent a letter to Plaintiff and that letter speaks for itself; Harvard Pilgrim denies any paraphrasing or summarizing of the letter.  Harvard Pilgrim otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 59 and therefore denies the same.

60.     Harvard Pilgrim admits that HPHC is a Massachusetts non-profit corporation, formed pursuant to Massachusetts General Laws Chapter 180, and further admits that HPHC's principal place of business is 1 Wellness Way, Canton, MA 02021.  Except as specifically admitted, Harvard Pilgrim denies the remaining allegations in Paragraph 60.

61.     Harvard Pilgrim admits that Point32Health is a Massachusetts non-profit corporation, formed pursuant to Massachusetts General Laws Chapter 180, and further admits that Point32Health's principal place of business is 1 Wellness Way, Canton, MA 02021. Harvard Pilgrim further admits that Point32Health is the parent company of HPHC and HPHC Insurance Company, Inc.  Except as specifically admitted, Harvard Pilgrim denies the remaining allegations in Paragraph 61.

## JURISDICTION AND VENUE

62.     Admitted.

63.     Admitted.

64.     Admitted.

## FACTUAL ALLEGATIONS

65.     Harvard Pilgrim admits that Point32Health, through its subsidiaries, offers a variety of health benefit plans.  Harvard Pilgrim further admits that HPHC is a subsidiary of Point32Health.  Harvard Pilgrim otherwise denies the allegations contained in Paragraph 65.

66.     Harvard Pilgrim admits that HPHC is a subsidiary of Point32Health and provides health benefit plans to members in Massachusetts and Maine.  Harvard Pilgrim otherwise denies the allegations contained in Paragraph 66.

67.     Admitted.

68.     Denied.

69.     Denied.

70.     Denied.

71.     Denied.

72.     Denied.

73.     Denied.

9

74. Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 74 and therefore denies the same.

75. Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 75 and therefore denies the same.

76. Denied.

77. Denied.

78. The documents cited in Footnotes 7 through 9 speak for themselves, and Paragraph 78 is denied as it purports to paraphrase these documents. Harvard Pilgrim otherwise denies the allegations in Paragraph 78.

79. Harvard Pilgrim admits that the quoted material included in Paragraph 79 appears on the website cited in Footnote 10. The documents cited in Footnotes 10 through 12 speak for themselves, and Paragraph 79 is denied as it purports to paraphrase these documents. Harvard Pilgrim otherwise denies the allegations in Paragraph 79.

80. Denied.

81. Denied.

82. Denied.

83. Denied.

84. Denied.

85. Denied.

86. Denied.

87. Denied.

88. Denied.

89. Denied.

90.     Denied.

91.     Harvard Pilgrim admits that the language quoted in Paragraph 91(a) appeared in the website notice issued by Harvard Pilgrim on May 23, 2023.  To the extent Paragraph 91 purports to allege such notice took the form of a letter or was first provided on May 24, 2023, Harvard Pilgrim denies such allegations.  Harvard Pilgrim otherwise denies the allegations contained in Paragraph 91, as the website cited in Footnotes 15 and 16 and language included therein speaks for itself.

92.     Admitted.

93.     Harvard Pilgrim admits that it became aware of the cybersecurity incident on April 17, 2023.

94.     Denied.

95.     Denied.

96.     Denied.

97.     Harvard Pilgrim lacks knowledge or information sufficient to form a belief as whether Plaintiffs' PHI or PII information is available on the "Dark Web," and therefore denies the same. Harvard Pilgrim otherwise denies the allegations in Paragraph 97.

98.     The document cited in Footnote 17 speaks for itself, and Paragraph 98 is denied as it purports to quote or paraphrase this document.

99.     Denied.

100.    The documents cited in Footnote 18 speak for themselves, and Paragraph 100 is denied as it purports to paraphrase those documents.

101.    The document cited in Footnotes 19 and 20 speak for themselves, and Paragraph 101 is denied as it purports to quote and paraphrase this document.

102.    Denied.

103.    Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 103 and therefore denies the same.

104.    Harvard Pilgrim admits that it offered individuals whose PHI and/or PII was contained in affected files 24 months of complimentary credit monitoring.  Harvard Pilgrim otherwise denies the allegations in Paragraph 104.

105.    Harvard Pilgrim admits that it is subject to various obligations under federal and state laws relating to information security.  Harvard Pilgrim otherwise denies the allegations in Paragraph 105.

106.    Denied.

107.    Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 107 and therefore denies the same.

108.    Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 108 and therefore denies the same.

109.    Denied.

110.    The document cited in Footnotes 21 and 22 speaks for itself, and Paragraph 110 is denied as it purports to quote and paraphrase this document.

111.    The documents cited in Footnotes 23 through 26 speak for themselves, and Paragraph 111 is denied as it purports to paraphrase these documents.

112.    The document cited in Footnote 27 speaks for itself, and Paragraph 112 is denied as it purports to quote and paraphrase this document.  Harvard Pilgrim otherwise denies the allegations contained in Paragraph 112.

113.    The document cited in Footnote 28 speaks for itself, and Paragraph 113 is denied as it purports to quote and paraphrase this document.

114.    Denied.

115.    Denied.

116.    Denied.

117.    Denied.

118.    A response to Paragraph 118 is not required because the allegations therein are legal conclusions.

119.    A response to Paragraph 119 is not required because the allegations contained therein are legal conclusions.

120.    A response to Paragraph 120 is not required because the allegations contained therein are legal conclusions.

121.    A response to Paragraph 121 is not required because the allegations contained therein are legal conclusions.

122.    The document cited in Footnote 29 speaks for itself, and Paragraph 122 is denied as it purports to paraphrase this document.  Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 122 that include vague references to "a warning" issued by the FBI and U.S. Secret Service in 2019 and therefore denies the same.  To the extent Paragraph 122 states legal conclusions, no response is required.

123.    The document cited in Footnote 30 speaks for itself, and Paragraph 123 is denied as it purports to paraphrase this document.  Harvard Pilgrim otherwise denies the allegations contained in Paragraph 123.

124.    The document cited in Footnote 31 speaks for itself, and Paragraph 124 is denied as it purports to quote or paraphrase this document.  Harvard Pilgrim otherwise denies the allegations contained in Paragraph 124.

125.    Denied.

126.    Denied.

127.    Denied.

128.    The document cited in Footnote 32 speaks for itself, and Paragraph 128 is denied as it purports to paraphrase this document.

129.    The document cited in Footnote 33 speaks for itself, and Paragraph 129 is denied as it purports to paraphrase this document.

130.    To the extent the alleged "guidelines" refer to the document cited in Footnote 33, that document speaks for itself, and Paragraph 130 is denied as it purports to paraphrase that document.

131.    The document cited in Footnote 34 speaks for itself, and Paragraph 131 is denied as it purports to paraphrase that document.

132.    Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 132 and therefore denies the same.

133.    Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 133 and therefore denies the same.

134.    Denied.

135.    Denied.

136.     Harvard Pilgrim admits that it is subject to various obligations under federal and state laws relating to information security.  Harvard Pilgrim otherwise denies the allegations in Paragraph 136.

137.     Denied.

138.     Denied.

139.     Denied.

140.     Denied.

141.     Denied.

142.     Denied.

143.     Denied.

144.     Denied.

145.     Denied.

146.     Denied.

147.     Denied.

148.     Denied.

149.     Denied.

150.     Denied.

151.     Denied.

152.     Denied.

153.     Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 153 and therefore denies the same.

154.     Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 154 and therefore denies the same.

155.     Denied.

156.     Denied.

157.     Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 157 and therefore denies the same.

158.     Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 158 and therefore denies the same.

159.     Denied.

160.     Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 160 and therefore denies the same.

161.     Harvard Pilgrim denies that it "direct[ed]" Plaintiffs how to spend their time. Harvard Pilgrim otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 161 and therefore denies the same.

162.     Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 162 and therefore denies the same.

163.     Harvard Pilgrim admits that it stores and maintains data that may contain elements of PHI or PII in the ordinary course of its business operations.  Harvard Pilgrim otherwise denies the allegations contained in Paragraph 163.

164.     Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 164 and therefore denies the same.

165.     Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 165 and therefore denies the same.

166.     Denied.

167.     Denied.

168.     Harvard Pilgrim Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 168 and therefore denies the same.

169.     Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 169 and therefore denies the same.

170.     Denied.

171.     Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 171 and therefore denies the same.

172.     Harvard Pilgrim denies that it "direct[ed]" Plaintiffs how to spend their time. Harvard Pilgrim otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 172 and therefore denies the same.

173.     Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 173 and therefore denies the same.

174.     Harvard Pilgrim admits that it stores and maintains data that may contain elements of PHI or PII in the ordinary course of its business operations.  Harvard Pilgrim otherwise denies the allegations contained in Paragraph 174.

175.     Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 175 and therefore denies the same.

176.     Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 176 and therefore denies the same.

177.     Denied.

178.     Denied.

179.    Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 179 and therefore denies the same.

180.    Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 180 and therefore denies the same.

181.    Denied.

182.    Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 182 and therefore denies the same.

183.    Harvard Pilgrim denies that it "direct[ed]" Plaintiffs how to spend their time. Harvard Pilgrim otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 183 and therefore denies the same.

184.    Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 184 and therefore denies the same.

185.    Harvard Pilgrim admits that it stores and maintains data that may contain elements of PHI or PII in the ordinary course of its business operations.  Harvard Pilgrim otherwise denies the allegations contained in Paragraph 185.

186.    Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 186 and therefore denies the same.

187.    Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 187 and therefore denies the same.

188.    Denied.

189.    Denied.

190.    Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 190 and therefore denies the same.

18

191.    Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 191 and therefore denies the same.

192.    Denied.

193.    Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 193 and therefore denies the same.

194.    Harvard Pilgrim denies that it "direct[ed]" Plaintiffs how to spend their time. Harvard Pilgrim otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 194 and therefore denies the same.

195.    Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 195 and therefore denies the same.

196.    Harvard Pilgrim admits that it stores and maintains data that may contain elements of PHI or PII in the ordinary course of its business operations.  Harvard Pilgrim otherwise denies the allegations contained in Paragraph 196.

197.    Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 197 and therefore denies the same.

198.    Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 198 and therefore denies the same.

199.    Denied.

200.    Denied.

201.    Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 201 and therefore denies the same.

202.    Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 202 and therefore denies the same.

203.    Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 203 and therefore denies the same.

204.    Denied.

205.    Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 205 and therefore denies the same.

206.    Harvard Pilgrim denies that it "direct[ed]" Plaintiffs how to spend their time. Harvard Pilgrim otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 206 and therefore denies the same.

207.    Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 207 and therefore denies the same.

208.    Harvard Pilgrim admits that it stores and maintains data that may contain elements of PHI or PII in the ordinary course of its business operations.  Harvard Pilgrim otherwise denies the allegations contained in Paragraph 208.

209.    Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 209 and therefore denies the same.

210.    Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 210 and therefore denies the same.

211.    Denied.

212.    Denied.

213.    Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 213 and therefore denies the same.

214.    Denied.

215.     Harvard Pilgrim denies that it "direct[ed]" Plaintiffs how to spend their time. Harvard Pilgrim otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 215 and therefore denies the same.

216.     Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 216 and therefore denies the same.

217.     Harvard Pilgrim admits that it stores and maintains data that may contain elements of PHI or PII in the ordinary course of its business operations.  Harvard Pilgrim otherwise denies the allegations in Paragraph 217.

218.     Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 218 and therefore denies the same.

219.     Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 219 and therefore denies the same.

220.     Denied.

221.     Denied.

222.     Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 222 and therefore denies the same.

223.     Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 223 and therefore denies the same.

224.     Denied.

225.     Harvard Pilgrim denies that it "direct[ed]" Plaintiffs how to spend their time. Harvard Pilgrim otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 225 and therefore denies the same.

226.     Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 226 and therefore denies the same.

227.     Harvard Pilgrim admits that it stores and maintains data that may contain elements of PHI or PII in the ordinary course of its business operations.  Harvard Pilgrim otherwise denies the allegations contained in Paragraph 227.

228.     Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 228 and therefore denies the same.

229.     Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 229 and therefore denies the same.

230.     Denied.

231.     Denied.

232.     Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 232 and therefore denies the same.

233.     Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 233 and therefore denies the same.

234.     Denied.

235.     Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 235 and therefore denies the same.

236.     Harvard Pilgrim denies that it "direct[ed]" Plaintiffs how to spend their time. Harvard Pilgrim otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 236 and therefore denies the same.

237.     Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 237 and therefore denies the same.

238.    Harvard Pilgrim admits that it stores and maintains data that may contain elements of PHI or PII in the ordinary course of its business operations.  Harvard Pilgrim otherwise denies the allegations contained in Paragraph 238.

239.    Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 239 and therefore denies the same.

240.    Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 240 and therefore denies the same.

241.    Denied.

242.    Denied.

243.    Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 243 and therefore denies the same.

244.    Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 244 and therefore denies the same.

245.    Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 245 and therefore denies the same.

246.    Denied.

247.    Harvard Pilgrim denies that it "direct[ed]" Plaintiffs how to spend their time. Harvard Pilgrim otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 247 and therefore denies the same.

248.    Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 248 and therefore denies the same.

249.    Harvard Pilgrim admits that it stores and maintains data that may contain elements of PHI or PII in the ordinary course of its business operations.  Harvard Pilgrim otherwise denies the allegations contained in Paragraph 249.

250.    Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 250 and therefore denies the same.

251.    Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 251 and therefore denies the same.

252.    Denied.

253.    Denied.

254.    Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 254 and therefore denies the same.

255.    Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 255 and therefore denies the same.

256.    Denied.

257.    Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 257 and therefore denies the same.

258.    Harvard Pilgrim denies that it "direct[ed]" Plaintiffs how to spend their time. Harvard Pilgrim otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 258 and therefore denies the same.

259.    Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 259 and therefore denies the same.

260. Harvard Pilgrim admits that it stores and maintains data that may contain elements of PHI or PII in the ordinary course of its business operations. Harvard Pilgrim otherwise denies the allegations contained in Paragraph 260.

261. Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 261 and therefore denies the same.

262. Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 262 and therefore denies the same.

263. Denied.

264. Denied.

265. Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 265 and therefore denies the same.

266. Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 266 and therefore denies the same.

267. Denied.

268. Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 268 and therefore denies the same.

269. Harvard Pilgrim denies that it "direct[ed]" Plaintiffs how to spend their time. Harvard Pilgrim otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 269 and therefore denies the same.

270. Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 270 and therefore denies the same.

271.   Harvard Pilgrim admits that it stores and maintains data that may contain elements of PHI or PII in the ordinary course of its business operations.  Harvard Pilgrim otherwise denies the allegations contained in Paragraph 271.

272.   Denied.

273.   Denied.

274.   Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 274 and therefore denies the same.

275.   Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 275 and therefore denies the same.

276.   Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 276 and therefore denies the same.

277.   Harvard Pilgrim denies that the harms alleged in Paragraph 277 have occurred or are reasonably likely to occur.  Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 277 and therefore denies the same.

278.   Denied.

279.   The documents cited in Footnotes 39 and 40 speak for themselves, and Paragraph 279 is denied as it purports to paraphrase these documents. Harvard Pilgrim otherwise denies the allegations contained in Paragraph 279.

280.   Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 280 and therefore denies the same.

281.   The documents cited in Footnotes 41 and 42 speak for themselves, and Paragraph 281 is denied as it purports to paraphrase these documents.

282.    The documents cited in Footnote 43 speak for themselves, and Paragraph 282 is denied as it purports to quote and paraphrase these documents.

283.    The document cited in Footnote 44 speaks for itself, and Paragraph 283 is denied as it purports to quote and paraphrase this document.

284.    The document cited in Footnote 45 speaks for itself, and Paragraph 284 is denied as it purports to paraphrase this document.

285.    The document cited in Footnote 46 speaks for itself, and Paragraph 285 is denied as it purports to quote and paraphrase this document. Harvard Pilgrim otherwise denies the allegations in Paragraph 285.

286.    The document cited in Footnote 47 speaks for itself, and Paragraph 286 is denied as it purports to quote and paraphrase this document.

287.    Denied.

288.    Harvard Pilgrim admits that it established a call center for affected individuals to contact with questions and concerns and to enroll in complimentary credit monitoring and identity theft protection services.  Harvard Pilgrim otherwise denies the allegations in Paragraph 288.

289.    Denied.

290.    Denied.

## CLASS ACTION ALLEGATIONS

291.    A response to Paragraph 291 is not required because the allegations contained therein are statements of law.  Harvard Pilgrim denies that the allegations contained in Paragraph 291 will support certification of the proposed classes.

292.     A response to Paragraph 292 is not required because the allegations contained therein are statements of law.  Harvard Pilgrim denies that the allegations contained in Paragraph 292 will support certification of the proposed classes.

293.     A response to Paragraph 293 is not required because the allegations contained therein are statements of law.  Harvard Pilgrim denies that the allegations contained in Paragraph 293 will support certification of the proposed classes.

294.     Denied.

295.     Denied.  Harvard Pilgrim further denies that the allegations contained in Paragraph 295 will support certification of the proposed classes.

296.     Denied.  Harvard Pilgrim further denies that the allegations contained in Paragraph 296 will support certification of the proposed classes.

297.     Denied.  Harvard Pilgrim further denies that the allegations contained in Paragraph 297 will support certification of the proposed classes.

298.     Denied.  Harvard Pilgrim further denies that the allegations contained in Paragraph 298 will support certification of the proposed classes.

299.     Denied.  Harvard Pilgrim further denies that the allegations contained in Paragraph 299 will support certification of the proposed classes.

300.     Denied.  Harvard Pilgrim further denies that the allegations contained in Paragraph 300 will support certification of the proposed classes.

## **CAUSES OF ACTION**

### **COUNT I – NEGLIGENCE**
**(On Behalf of Plaintiffs and the Nationwide Class)**

301.     Harvard Pilgrim incorporates by reference its responses to the allegations contained in Paragraphs 1 through 300 as set if forth fully herein.

302.   Denied.

303.   Denied.

304.   Denied.

305.   Denied.

306.   Denied.

307.   Denied.

308.   Denied.

309.   Denied.

310.   Denied.

311.   Denied.

312.   Denied.

313.   Denied.

314.   Denied.

315.   Denied.

316.   Denied.

317.   Denied.

## COUNT II – NEGLIGENCE PER SE
### (On Behalf of Plaintiffs and the Nationwide Class)

318.   Harvard Pilgrim incorporates by reference its responses to the allegations contained in Paragraphs 1 through 317 as if set forth fully herein.

319.   A response to Paragraph 319 is not required because the allegations contained therein are legal conclusions.

320.   Denied.

321.   Denied.

322.   A response to Paragraph 322 is not required because the allegations contained therein are legal conclusions.

323.   A response to Paragraph 323 is not required because the allegations contained therein are legal conclusions.

324.   Denied.

325.   Denied.

326.   Denied.

327.   Denied.

328.   Denied.

329.   Denied.

## COUNT III – BREACH OF IMPLIED CONTRACT
### (On Behalf of Plaintiffs and the Nationwide Class)

330.   Harvard Pilgrim incorporates by reference its responses to the allegations contained in Paragraphs 1 through 329 as set if forth fully herein.

331.   Denied.

332.   Denied.

333.   Denied.

334.   Denied.

335.   Denied.

336.   Denied.

337.   Denied.

338.   Denied.

339.   Denied.

340.   Denied.

341.    Denied.

342.    Denied.

343.    Denied.

344.    Denied.

345.    Denied.

346.    Denied.

347.    Denied.

348.    Denied.

349.    Denied.

**COUNT IV – BAILMENT**
**(On Behalf of Plaintiffs and the Nationwide Class)**

350.    Harvard Pilgrim incorporates by reference its responses to the allegations contained in Paragraphs 1 through 349 as if set forth fully herein.

351.    Denied.

352.    Harvard Pilgrim lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 352 and therefore denies the same.

353.    Denied.

354.    Denied.

355.    Denied.

356.    Denied.

357.    Denied.

358.    A response to Paragraph 358 is not required because the allegations contained therein are legal conclusions.  To the extent a response is required, Harvard Pilgrim denies the allegations in Paragraph 358.

359.    Denied.

## COUNT V – VIOLATION OF THE MASSACHUSETTS CONSUMER PROTECTION ACT
### Mass. Gen. Laws Ann. Ch. 93a, §§ 1, et seq.

**(On Behalf of Plaintiffs Docanto, Patterson, and Peckham, Donovan and the Massachusetts Subclass)**

360.    Harvard Pilgrim incorporates by reference its responses to the allegations contained in Paragraphs 1 through 359 as if set forth fully herein.

361.    A response to Paragraph 361 is not required because the allegations therein are statements of law.

362.    A response to Paragraph 362 is not required because the allegations therein are legal conclusions.

363.    Denied.

364.    Denied.

365.    Denied.

366.    Denied.

367.    Denied.

368.    Denied.

369.    Denied.

370.    Denied.

371.    Denied.

372.    Denied.

373.    Denied.

374. Harvard Pilgrim admits that the Complaint purports that Plaintiffs and Massachusetts Subclass Members seek monetary and non-monetary relief. Harvard Pilgrim denies that it is liable to Plaintiffs or Massachusetts Subclass Members for any alleged damages.

## COUNT VII – VIOLATION OF THE ILLINOIS CONSUMER FRAUD AND DECEPTIVE BUSINESS PRACTICES ACT
### 815 ILCS 505/1
### (On Behalf of Plaintiff Danielle Olson and the Illinois Subclass)

375. Harvard Pilgrim incorporates by reference its responses to the allegations contained in Paragraphs 1 through 374 as if set forth fully herein.

376. A response to Paragraph 376 is not required because the allegations contained therein are statements of law.

377. A response to Paragraph 377 is not required because the allegations therein are legal conclusions.

378. Denied.

379. Denied.

380. Denied.

381. Denied.

382. Denied.

383. Denied.

384. Denied.

385. Denied.

386. Denied.

387. Harvard Pilgrim admits that the Complaint purports that Plaintiffs and Illinois Subclass Members seek monetary and non-monetary relief. Harvard Pilgrim denies that it is liable to Plaintiffs or Illinois Subclass Members for any alleged damages.

33

**COUNT VIII – VIOLATION OF THE MAINE UNFAIR TRADE PRACTICES ACT**
**Me. Rev. Stat. tit. 5, §§ 205-A- §214**
**(On Behalf of Plaintiffs Justin Dyer, Svea Elaine, and the Maine Subclass)**

388.    Harvard Pilgrim incorporates by reference its responses to the allegations contained in Paragraphs 1 through 387 as if set forth fully herein.

389.    A response to Paragraph 389 is not required because the allegations contained therein are statements of law.

390.    A response to Paragraph 390 is not required because the allegations therein are legal conclusions.

391.    Denied.

392.    Denied.

393.    Denied.

394.    Denied.

395.    Denied.

396.    Denied.

397.    Denied.

398.    Denied.

399.    Denied.

400.    Harvard Pilgrim admits that the Complaint purports that Plaintiffs and Maine Subclass Members seek monetary and non-monetary relief. Harvard Pilgrim denies that it is liable to Plaintiffs or Maine Subclass Members for any alleged damages.

**COUNT IX – VIOLATION OF THE NEW HAMPSHIRE CHAPTER 358-A FOR
REGULATION OF BUSINESS PRACTICES FOR CONSUMER PROTECTION**
**N.H. Rev. Stat. Ann. §§ 358–A:1 to 358–A:13**
**(On Behalf of Plaintiff Kidder, Plaintiff Rountree, Plaintiff Wilson, and the New
Hampshire Subclass)**

401.    Harvard Pilgrim incorporates by reference its responses to the allegations

contained in Paragraphs 1 through 400 as if set forth fully herein.

402.    A response is not required to Paragraph 402 because the allegations contained

therein are statements of law.

403.    A response to Paragraph 403 is not required because the allegations therein are

legal conclusions.

404.    Denied.

405.    Denied.

406.    Denied.

407.    Denied.

408.    Denied.

409.    Denied.

410.    Denied.

411.    Denied.

412.    Denied.

413.    Denied.

414.    Harvard Pilgrim admits that the Complaint purports that Plaintiffs and New

Hampshire Subclass Members seek monetary and non-monetary relief. Harvard Pilgrim denies

that it is liable to Plaintiffs or New Hampshire Subclass Members for any alleged damages.

**COUNT X – VIOLATION OF TENNESSEE CONSUMER PROTECTION ACT OF 1977**
**Tenn. Code Ann. § 47-18-103 to § 47–18–135**
**(On Behalf of Plaintiff Daniel Neal and the Tennessee Subclass)**

415.    Harvard Pilgrim incorporates by reference its responses to the allegations contained in Paragraphs 1 through 414 as if set forth fully herein.

416.    A response is not required to Paragraph 416 because the allegations contained therein are statements of law.

417.    A response to Paragraph 417 is not required because the allegations therein are legal conclusions.

418.    Denied.

419.    Denied.

420.    Denied.

421.    Denied.

422.    Denied.

423.    Denied.

424.    Denied.

425.    Denied.

426.    Denied.

427.    Harvard Pilgrim admits that the Complaint purports that Plaintiffs and Tennessee Subclass Members seek monetary and non-monetary relief. Harvard Pilgrim denies that it is liable to Plaintiffs or Tennessee Subclass Members for any alleged damages.

**COUNT XI – INTRUSION UPON SECLUSION**
**(On Behalf of Plaintiffs and the Nationwide Class)**

428.    Harvard Pilgrim incorporates by reference its responses to the allegations contained in Paragraphs 1 through 427 as if set forth fully herein.

429.   Denied.

430.   Denied.

431.   Denied.

432.   Denied.

433.   Denied.

434.   Denied.

## COUNT XII – UNJUST ENRICHMENT
### (By Plaintiffs on behalf of the Nationwide Class)

435.   Harvard Pilgrim incorporates by reference its responses to the allegations contained in Paragraphs 1 through 434 as if set forth fully herein.

436.   A response is not required to Paragraph 436 because the allegations contained therein are statements of law.

437.   Denied.

438.   Denied.

439.   Denied.

440.   Denied.

441.   Denied.

442.   Denied.

443.   Denied.

444.   Denied.

445.   Denied.

## COUNT XIII – DECLARATORY JUDGMENT
### (By Plaintiffs on behalf of the Nationwide Class)

446.   Harvard Pilgrim incorporates by reference its responses to the allegations contained in Paragraphs 1 through 445 as if set forth fully herein.

447.     A response is not required to Paragraph 447 because the allegations contained

therein are statements of law.

448.     Denied.

449.     Denied.

450.     Denied.

451.     Denied.

452.     Denied.

453.     Denied.

454.     Denied.

## COUNT XIV – BREACH OF THIRD-PARTY BENEFICIARY CONTRACT
### (By Plaintiffs on behalf of the Nationwide Class)

455.     Harvard Pilgrim incorporates by reference its responses to the allegations

contained in Paragraphs 1 through 454 as if set forth fully herein.

456.     Harvard Pilgrim admits that it contracts with medical providers, employers,

and/or insurance companies in the ordinary course of its business.  Harvard Pilgrim otherwise

denies the allegations contained in Paragraph 456.

457.     Denied.

458.     Denied.

459.     Denied.

460.     Denied.

461.     Denied.

## COUNT XV – BREACH OF FIDUCIARY DUTY
### (By Plaintiffs on behalf of the Nationwide Class)

462.     Harvard Pilgrim incorporates by reference its responses to the allegations

contained in Paragraphs 1 through 461 as if set forth fully herein.

38

463.    Denied.

464.    Denied.

465.    Denied.

466.    Denied.

467.    Denied.

468.    Denied.

469.    Denied.

470.    Denied.

471.    Denied.

## AFFIRMATIVE AND OTHER DEFENSES

Without assuming the burden of proof on any defenses for which the burden rests upon Plaintiffs, regardless of how such defenses are denominated herein, and without waiving defenses not raised below that they need not plead at this time, Point32Health and HPHC assert the following defenses with respect to the Complaint. Point32Health and HPHC reserve the right to amend this Answer if additional defenses, counterclaims, or third-party claims become apparent through the course of this action.

### First Affirmative Defense

1.    Pursuant to Mass. Gen. Laws. Ch. 231, § 85K,  Plaintiffs collectively and any purported class are not entitled to recover damages from Point32Health on their tort claims in excess of $20,000 in total on an individual, group, or class-wide basis, as Point32Health is a duly organized non-profit charitable organization acting to directly accomplish its charitable purpose at all times relevant to the allegations contained in Plaintiffs' Complaint, and Point32Health is therefore entitled to charitable immunity.

**Second Affirmative Defense**

2.　　Pursuant to Mass. Gen. Laws. Ch. 231, § 85K,  Plaintiffs collectively and any purported class are not entitled to recover damages from HPHC on their tort claims in excess of $20,000 in total on an individual, group, or class-wide basis, as HPHC is a duly organized non-profit charitable organization acting to directly accomplish its charitable purpose at all times relevant to the allegations contained in Plaintiffs' Complaint, and HPHC is therefore entitled to charitable immunity.

**Third Affirmative Defense**

3.　　Plaintiffs fail to state a claim against Point32Health or HPHC upon which relief may be granted.

**Fourth Affirmative Defense**

4.　　This Court lacks subject matter jurisdiction of each of the claims asserted in Plaintiffs' Complaint because Plaintiffs have not suffered a harm sufficient to confer Article III standing.

**Fifth Affirmative Defense**

5.　　Plaintiffs alleged harms are purely economic, and thus their tort claims are barred by the economic loss doctrine.

**Sixth Affirmative Defense**

6.　　Plaintiffs did not suffer any compensable damages and are not otherwise entitled to monetary relief as a result of any action taken or omission by Point32Health or HPHC.

**Seventh Affirmative Defense**

7.　　Plaintiffs' claims against Point32Health are barred, in whole or in part, because Point32Health did not breach any of its purported duties alleged in the Complaint, whether

imposed by contract, statute, or common law, if at all, and Point32Health's conduct did not, directly or indirectly, constitute unlawful acts.

## Eighth Affirmative Defense

8.     Plaintiffs' claims against HPHC are barred, in whole or in part, because  HPHC did not breach any of its purported duties alleged in the Complaint, whether imposed by contract, statute, or common law, if at all, and HPHC's conduct did not, directly or indirectly, constitute unlawful acts.

## Ninth Affirmative Defense

9.     To the extent Plaintiffs seek equitable relief against Point32Health and HPHC, they are not entitled to such relief because they have an adequate remedy at law.

## Tenth Affirmative Defense

10.     Any purported damages allegedly suffered by Plaintiffs were the result of the acts or omissions of third persons over whom Point32Health and HPHC had neither control nor responsibility.

## Eleventh Affirmative Defense

11.     Plaintiffs and putative class members have failed to mitigate their damages.

## Twelfth Affirmative Defense

12.     The injuries, if any, alleged to have been sustained by the Plaintiffs were caused, in whole or in part, by the conduct of Plaintiffs, and the amount of damages otherwise recoverable must be diminished by the proportion which Plaintiffs' conduct bears to the alleged conduct which allegedly caused Plaintiffs' damages.

## Thirteenth Affirmative Defense

13.     Plaintiffs' claims are barred by the doctrine of unclean hands or *in pari delicto*.

**Fourteenth Affirmative Defense**

14.     Plaintiffs' claims set forth in the Complaint are barred by the doctrine of laches.

**Fifteenth Affirmative Defense**

15.     Plaintiffs' claims set forth in the Complaint are barred by the applicable statutes of limitations.

**Sixteenth Affirmative Defense**

16.     Plaintiffs' claims set forth in the Complaint are barred, in whole or in part, to the extent that any claim or relief sought is moot.

**Seventeenth Affirmative Defense**

17.     Plaintiffs' claims set forth in the Complaint are barred, in whole or in part, by the doctrine of waiver.

**Eighteenth Affirmative Defense**

18.     To the extent Plaintiffs sustained any of the injuries alleged in the Complaint, there was an intervening, superseding cause and/or causes leading to such alleged injuries and, as such, any action on the part of Point32Health or HPHC was not a proximate cause of the alleged injuries.

**Nineteenth Affirmative Defense**

19.     The allegations contained in Plaintiffs' Complaint do not allege facts sufficient to rise to the level of conduct required to recover punitive damages, and thus their requests for punitive damages are improper.

**Twentieth Affirmative Defense**

20.     The allegations contained in Plaintiffs' Complaint do not allege facts sufficient to show consideration supporting their contractual claims, and thus their contractual claims are barred.

**Twenty-First Affirmative Defense**

21.     Plaintiffs' claim under the Massachusetts Consumer Protection Act (Mass. Gen. Laws. Ch. 93A) fails to satisfy the statutory notice required as a prerequisite to suit, and thus their Chapter 93A claim is barred.

**Twenty-Second Affirmative Defense**

22.     Point32Health and HPHC reserve the right to assert additional affirmative defenses at such time and to such extent as warranted by discovery and the factual developments in this case.

Dated: June 26, 2024                    Respectfully submitted,

                                        /s/ *Jenna L. LaPointe*
                                        Michael T. Marcucci, Esq. (BBO # 652186)
                                        Jenna L. LaPointe, Esq. (BBO # 699045)
                                        JONES DAY
                                        100 High Street, 21st Floor
                                        Boston, MA 02110-1781
                                        Telephone: +1.617.960.3939
                                        mmarcucci@jonesday.com
                                        jlapointe@jonesday.com

                                        John A. Vogt, Esq. (*Admitted pro hac vice*)
                                        JONES DAY
                                        3161 Michelson Drive, Suite 800
                                        Irvine, CA 92612
                                        Telephone: +949.553.7516
                                        javogt@jonesday.com

                                        *Attorneys for Defendants Point32Health, Inc. and Harvard Pilgrim Health Care, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2024, a true copy of the foregoing document filed through the ECF system will be electronically sent to the registered participants as identified on the Notice of Electronic Filing, and will be sent via mail to those indicated as nonregistered participants.

Dated: June 26, 2024                   */s/ Jenna L. LaPointe*
                                       Jenna L. LaPointe