IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE HARVARD PILGRIM DATA SECURITY INCIDENT LITIGATION | CASE NO. 1:23-cv-11211 |

## NOTICE OF SETTLEMENT

On October 28, 2024, Plaintiffs and Defendant engaged in a day long mediation. With the assistance of The Honorable Margaret Nagle, United States Magistrate Judge (retired), the Parties were able to resolve the case in principle during the mediation. The Parties have begun drafting a Settlement Agreement and the related documents and expect to file a motion seeking preliminary approval of the settlement within 60 days from the date of the execution of this notice. In the interim, the Parties would request a continuation of the stay of this litigation.

By: */s/ James Pizzirusso*
James Pizzirusso*
HAUSFELD LLP
888 16th St. NW Suite 300
Washington, DC 20006
T: (202) 540-7200
jpizzirusso@hausfeld.com

*/s/ John A. Yanchunis*
John A. Yanchunis*
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
201 North Franklin Street 7th Floor
Tampa, Florida 33602
T: (813) 223-5505
F: (813) 223-5402
jyanchunis@forthepeople.com

*\*Admitted Pro Hac Vice*

*Interim Co-Lead Counsel for Plaintiffs and Class Members*

By: */s/ Michael T. Marcucci*
Michael T. Marcucci, Esq. (BBO # 652186)
Jenna L. LaPointe, Esq. (BBO # 699045)
JONES DAY
100 High Street, 21st Floor
Boston, MA 02110.1781
Telephone: +1.617.960.3939
mmarcucci@jonesday.com
jlapointe@jonesday.com

John A. Vogt, Esq.*
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612
Telephone: +949.553.7516
javogt@jonesday.com

*\*Admitted Pro Hac Vice*

*Counsel for Defendants Point32Health, Inc. and Harvard Pilgrim Health Care, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on November 11, 2024, a true copy of the foregoing document filed through the ECF system will be electronically sent to the registered participants as identified on the Note of Electronic Filing, and will be sent via email, per agreement, to those indicated as nonregistered participants.

Dated: November 11, 2024                              */s/ James Pizzirusso*
                                                     James J. Pizzirusso