# Exhibit C

*In Re Harvard Pilgrim Data Security Incident Litigation*
Case No. 1:23-cv-11211
United States District Court for the District of Massachusetts

**DATA SECURITY INCIDENT SETTLEMENT CLAIM FORM**

**Your claim must be submitted online or postmarked by: [DEADLINE]**

**Your claim must be submitted online or postmarked by: [DEADLINE]**

## GENERAL INSTRUCTIONS

You are **included** in the Settlement Class if you are a US resident whose personal information was impacted by the Data Security Incident—including all individuals who were notified of the Data Security Incident

**Excluded from the Settlement Class** are: (1) any Judge or Magistrate Judge presiding over the Action, any members of the Judges' respective staffs, and immediate members of the Judges' respective families; (2) officers, directors, members and shareholders of the Defendants; (3) persons who timely and validly request exclusion from and/or opt-out of the Settlement Class and the successors and assigns of any such excluded persons; (4) any persons whose claims in this matter have been finally adjudicated on the merits or otherwise released; (5) Parties' Counsel; and (6) any person found by a court of competent jurisdiction to be guilty under criminal law of initiating, causing, aiding or abetting the criminal activity or occurrence of the Data Security Incident or who pleads nolo contendere to any such charge.

**Data Security Incident** means the unauthorized third-party access to Harvard Pilgrim's network that was detected by Defendants on or around April 17, 2023, and which is the subject of the Action.

**COMPLETE THIS CLAIM FORM IF YOU ARE A CLASS MEMBER AND WISH TO RECEIVE ONE OR BOTH OF THE FOLLOWING SETTLEMENT BENEFITS**

## AVAILABLE BENEFITS

You are not limited to one benefit. If you are eligible for multiple benefits, as described below, you may file a claim for each of them.

The final amount of all cash payments may be larger or smaller than the amount claimed, based on the total number of approved claims.

**CREDIT MONITORING.** All Class Members may claim three years of Credit Monitoring Services. These services include:
(1) dark web scanning with user notification if potentially unauthorized use of a Settlement Class Member's Personal Information is detected;
(2) identity theft insurance;
(3) real-time credit monitoring with Equifax, Experian, and TransUnion; and
(4) access to fraud resolution agents.

**OUT-OF-POCKET LOSSES.** Class Members may submit a Claim for reimbursement of documented out-of-pocket losses incurred while responding to the Data Security Incident. The maximum amount for this reimbursement is $2,500.00.

Out-of-Pocket Losses include such expenses as:

(1) costs associated with accessing or freezing/unfreezing credit reports with any credit-reporting agency;

**Questions? Call 1-XXX-XXX-XXXX Toll-Free or Visit HarvardPilgrimDataIncidentSettlement.com**

Case 1:23-cv-11211-NMG    Document 97-5    Filed 02/26/25    Page 3 of 8

*In Re Harvard Pilgrim Data Security Incident Litigation*
Case No. 1:23-cv-11211
United States District Court for the District of Massachusetts

**DATA SECURITY INCIDENT SETTLEMENT CLAIM FORM**

(2) other miscellaneous expenses incurred related to any Out-of-Pocket Loss such as notary, fax, postage, copying, mileage, and long-distance telephone charges; and

(3) credit monitoring or other mitigative costs

You must submit documentation, such as receipts, to verify the costs you incurred. You may submit "self-prepared" documents to add clarity or support to other submitted documentation, but self-prepared documents by themselves are not sufficient to file a valid claim.

**ATTESTED TIME.** If you spent time responding to the Data Security Incident, you may claim up to seven (7) hours of reimbursable time at $30.00 per hour. You will need to provide a brief description of what you did during this time.

Attested Time may be claimed together with Out-of-Pocket Losses, above, up to the $2,500.00 maximum.

**EXTRAORDINARY LOSSES.** Extraordinary losses are any unreimbursed costs, losses, or expenditures incurred as a result of identity theft, fraud, falsified tax returns, real estate title fraud, financial fraud, government benefits fraud, or other misuse of your personal information. You may claim up to $35,000.00 of extraordinary losses if those losses are fairly traceable to the Data Security Incident.

"Fairly traceable" means that (1) the unreimbursed losses were incurred in responding to the Data Security Incident; and (2) the personal information used to commit identity theft, fraud, or other misuse consisted of the same type of personal information that was provided to Defendants prior to the Data Security Incident or that can be reasonably obtained on the basis of personal information that was provided to Defendants prior to the Data Security Incident.

You must submit documentation, such as receipts, to verify the costs you incurred. You may submit "self-prepared" documents to add clarity or support to other submitted documentation, but self-prepared documents by themselves are not sufficient to file a valid claim.

Extraordinary Losses may be claimed together with Out-of-Pocket Losses and Attested time, up to the $35,000.00 maximum.

**EXTRAORDINARY ATTESTED TIME.** If you spent time addressing Extraordinary Losses, you may claim up to twenty (20) hours of reimbursable time at $30.00 per hour. You will need to provide a brief description of what you did during this time.

Extraordinary Attested Time may be claimed together with Attested Time, up to the twenty (20) hour maximum, and with Out-of-Pocket Losses and Extraordinary Losses, up to the $35,000.00 maximum.

*No claim or combination of claims can exceed the $35,000.00 maximum.*

**ALTERNATIVE CASH PAYMENT.** Instead of filing a claim for Out-of-Pocket Losses and/or Attested Time, you may claim an Alternative Cash Payment of $150.00.

Questions? Call 1-XXX-XXX-XXXX Toll-Free or Visit HarvardPilgrimDataIncidentSettlement.com

*In Re Harvard Pilgrim Data Security Incident Litigation*
Case No. 1:23-cv-11211
United States District Court for the District of Massachusetts

**DATA SECURITY INCIDENT SETTLEMENT CLAIM FORM**

| Your claim must be submitted online or postmarked by: [DEADLINE] |
|---|

| Your claim must be submitted online or postmarked by: [DEADLINE] |
|---|

**THE EASIEST WAY TO SUBMIT YOUR CLAIMS IS ONLINE AT
HarvardPilgrimDataIncidentSettlement.com**

You may also print out and complete this Claim Form, and submit it by U.S. mail to: Harvard Pilgrim Data Security Incident Settlement, c/o Settlement Administrator, PO Box 25245, Santa Ana CA 92799. An electronic image of the completed Claim Form can also be submitted by email to info@HarvardPilgrimDataIncidentSettlement.com

The deadline to submit a Claim Form online is [Claims Deadline]. If you are mailing your Claim Form, it must be mailed with a postmark date no later than [Claims Deadline].

**Questions? Call 1-XXX-XXX-XXXX Toll-Free or Visit HarvardPilgrimDataIncidentSettlement.com**

*In Re Harvard Pilgrim Data Security Incident Litigation*
Case No. 1:23-cv-11211
United States District Court for the District of Massachusetts

**DATA SECURITY INCIDENT SETTLEMENT CLAIM FORM**

**Your claim must be submitted online or postmarked by: [DEADLINE]**

**Your claim must be submitted online or postmarked by: [DEADLINE]**

### I. CLASS MEMBER NAME AND CONTACT INFORMATION

Provide your name and contact information below. You must notify the Settlement Administrator if your contact information changes after you submit this claim form. All fields are required.

First Name

Last Name

Street Address

City

State

Zip Code

Email Address

Phone Number

Notice ID (if known)

### II. CREDIT MONITORING SERVICES (AVAILABLE TO ALL CLASS MEMBERS)

☐ Check this box if you would like to receive three years of three-bureau identity theft protection services, including dark web scanning and notification, identity theft insurance, and access to fraud resolution agents.

### III. OUT-OF-POCKET LOSSES

☐ Check this box if you are seeking reimbursement for **documented Out-Of-Pocket Losses** that were incurred as a result of the Data Security Incident. **You must submit supporting documentation** demonstrating the actual unreimbursed losses you are seeking payment for. You may submit "self-prepared" documents to add clarity or support to other submitted documentation, but self-prepared documents by themselves are **not sufficient** to file a valid claim.

The maximum amount for this reimbursement is $2,500.00 per Class Member.

*Complete the table below describing the supporting documentation you are submitting.*

| *Description of Documentation Provided* | *Amount* |
|---|---|
| *Example: Freezing credit reports* | *$40* |
|  |  |
|  |  |
|  |  |

**Questions? Call 1-XXX-XXX-XXXX Toll-Free or Visit HarvardPilgrimDataIncidentSettlement.com**

*In Re Harvard Pilgrim Data Security Incident Litigation*
Case No. 1:23-cv-11211
United States District Court for the District of Massachusetts

**DATA SECURITY INCIDENT SETTLEMENT CLAIM FORM**

| Your claim must be submitted online or postmarked by: [DEADLINE] |
| --- |

| Your claim must be submitted online or postmarked by: [DEADLINE] |
| --- |

|   |   |
| --- | --- |
|   |   |
|   |   |
|   |   |
|   |   |
|   |   |
|   |   |
|   |   |
|   |   |
| **TOTAL OUT-OF-POCKET LOSSES:** |   |

If you have more expenses than rows, you may attach additional sheets of paper to account for them. Please print your name and sign the bottom of each additional sheet of paper.

## IV. ATTESTED TIME

☐ Check this box if you are seeking reimbursement for actual time spent dealing with the Data Security Incident. You may claim up to 7 hours at $30.00 per hour.

Time claimed (check **one**):  ☐ 1 hour ($30.00)  ☐ 2 hours ($60.00)  ☐ 3 hours ($90.00)  ☐ 4 hours ($120.00)
☐ 5 hours ($150.00)  ☐ 6 hours ($180.00)  ☐ 7 hours ($210.00)

Attested Time may be claimed together with Out-of-Pocket Losses, above, up to the $2,500.00 maximum.

## V. EXTRAORDINARY LOSSES

☐ Check this box if you are seeking reimbursement for **documented Extraordinary Losses** that were incurred as a result of the Data Security Incident. **You must submit supporting documentation** demonstrating the actual unreimbursed losses you are seeking payment for. You may submit "self-prepared" documents to add clarity or support to other submitted documentation, but self-prepared documents by themselves are **not sufficient** to file a valid claim.

The maximum amount for this reimbursement is $35,00.00 per Class Member.

*Complete the table below describing the supporting documentation you are submitting.*

| *Description of Documentation Provided* | *Amount* |
| --- | --- |
| *Example: Fraudulent payments* | *$400* |
|   |   |
|   |   |

**Questions? Call 1-XXX-XXX-XXXX Toll-Free or Visit HarvardPilgrimDataIncidentSettlement.com**

| Your claim must be submitted online or postmarked by: [DEADLINE] | *In Re Harvard Pilgrim Data Security Incident Litigation*<br>Case No. 1:23-cv-11211<br>United States District Court for the District of Massachusetts<br><br>**DATA SECURITY INCIDENT SETTLEMENT CLAIM FORM** | Your claim must be submitted online or postmarked by: [DEADLINE] |

|  |  |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **TOTAL EXTRAORDINARY LOSSES:** |  |

If you have more expenses than rows, you may attach additional sheets of paper to account for them. Please print your name and sign the bottom of each additional sheet of paper.

Extraordinary Losses may be claimed together with Out-of-Pocket Losses and Attested time, up to the $35,000.00 maximum.

## VI. EXTRAORDINARY ATTESTED TIME

☐ Check this box if you are seeking reimbursement for actual time spent dealing with the Data Security Incident. You may claim up to 20 hours at $30.00 per hour.

Time claimed (check **one**):  ☐ 1 hour ($30.00)  ☐ 2 hours ($60.00)  ☐ 3 hours ($90.00)  ☐ 4 hours ($120.00)
☐ 5 hours ($150.00)  ☐ 6 hours ($180.00)  ☐ 7 hours ($210.00)
☐ 8 hours ($240.00)  ☐ 9 hours ($270.00)  ☐ 10 hours ($300.00)
☐ 11 hours ($330.00)  ☐ 12 hours ($360.00)  ☐ 13 hours ($390.00)
☐ 14 hours ($420.00)  ☐ 15 hours ($450.00)  ☐ 14 hours ($480.00)
☐ 17 hours ($510.00)  ☐ 18 hours ($540.00)  ☐ 19 hours ($570.00)
☐ 20 hours ($600.00)

Extraordinary Attested Time may be claimed together with Attested Time, up to the twenty (20) hour maximum, and with Out-of-Pocket Losses and Extraordinary Losses, up to the $35,000.00 maximum.

## VII. ALTERNATIVE CASH PAYMENT

☐ Check this box if instead of filing a claim for Out-of-Pocket Losses and/or Attested Time, you want to claim an Alternative Cash Payment of $150.00.

**Do not make claims for Out-of-Pocket Losses or Attested Time if you select this option.**

Questions? Call 1-XXX-XXX-XXXX Toll-Free or Visit HarvardPilgrimDataIncidentSettlement.com

*In Re Harvard Pilgrim Data Security Incident Litigation*
Case No. 1:23-cv-11211
United States District Court for the District of Massachusetts

**DATA SECURITY INCIDENT SETTLEMENT CLAIM FORM**

| Your claim must be submitted online or postmarked by: [DEADLINE] | | Your claim must be submitted online or postmarked by: [DEADLINE] |
|---|---|---|

| VIII. PAYMENT SELECTION |
|---|

Please select **one** of the following payment options if you are seeking reimbursement under Sections II or III above.

**PayPal** - Enter your PayPal email address: _____

**Venmo -** Enter the mobile number associated with your Venmo account: __ __ __-__ __ __-__ __ __ __

**Zelle -** Enter the mobile number or email address associated with your Zelle account:

  Mobile Number: __ __ __-__ __ __-__ __ __ __   or Email Address: _____

**Virtual Prepaid Card -** Enter your email address: _____

**Physical Check -** Payment will be mailed to the address provided in Section I above.

| IX. ATTESTATION & SIGNATURE |
|---|

I swear and affirm that the information provided in this Claim Form, and any supporting documentation provided is true and correct to the best of my knowledge. I understand that my claim is subject to verification and that I may be asked to provide supplemental information by the Settlement Administrator before my claim is considered complete and valid.

_____    _____    _____
          Signature                              Printed Name                              Date

**Questions? Call 1-XXX-XXX-XXXX Toll-Free or Visit HarvardPilgrimDataIncidentSettlement.com**