UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE HARVARD PILGRIM DATA SECURITY INCIDENT LITIGATION**<br><br>This Document Relates To: All Cases | Case No. 1:23-cv-11211-NMG<br><br>Hon. Nathaniel M. Gorton |

**PLAINTIFFS' UNOPPOSED MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND SERVICE AWARDS TO THE REPRESENTATIVE PLAINTIFFS**

Plaintiffs Madeline Docanto, Justin Dyer, Svea Elaine, Ruth Kidder, Daniel Neal, Danielle Olson, Girard Patterson, Tanya Peckham, Margaret Donovan, Angela Rowntree, and Tracie Wilson, ("Plaintiffs" or "Representative Plaintiffs") individually and on behalf of all others similarly situated, by and through their undersigned counsel, hereby move the Court, without opposition and pursuant to Federal Rule of Civil Procedure 23, for the entry of an order: approving requested attorneys' fees in an amount not to exceed $4,000,000 and reimbursement of litigation expenses in the amount of $50,000, and approving Service Awards in the amount of $2,000.00 for each Representative Plaintiff.

The grounds for this motion are that the proposed settlement is within the necessary range of reasonableness to justify the granting of attorneys' fees and expenses, as well as service awards, and that the enormous efforts and time expended by Plaintiffs' Counsel and Plaintiffs themselves over the last 3 years and the settlement achieved supports the granting of the attorneys' fees and expenses and service awards in the amounts requested. This motion is based upon this Motion, the Memorandum of Law in Support, the accompanying declaration, the pleadings and papers on file in this action, and such oral argument and documentary evidence as may be presented at the hearing on this motion.

Dated: June 12, 2025

Respectfully Submitted,

*/s/ James J. Pizzirusso*
James J. Pizzirusso
**HAUSFELD LLP**
1200 17th Street, NW, Suite 600
Washington, DC 20036
jpizzirusso@hausfeld.com

*/s/ John Yanchunis*
John A. Yanchunis
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 North Franklin Street, 7th Floor
Tampa, FL 33602
jyanchunis@forthepeople.com

*Interim Co-Lead Counsel for Plaintiffs and the Settlement Class*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that, on June 12, 2025, I caused the foregoing document to be filed electronically through the Court's CM/ECF System and served on all counsel of record.

*/s/ James J. Pizzirusso*