6.14.2025

Action: In RE Harvard Pilgrim Data Security Incident Litigation

Case No. 1:23-cv-11211, Pending in the United States District Court for the District of Massachusetts

Objector:
Alicia Delling
8700 Southside Blvd #1607
Jacksonville, FL 32256

I Object to the Legal Fees requested by the attorneys litigating this case. They are not the victims and are unfairly profiting in an exorbitant and abusive manner.

I have sent a separate request to opt out of the settlement. I do not support this flagrant money grab. I will not be appearing at the final approval hearing.

Thank you.

Alicia Delling
6.14.25